HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Johl

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25cr75-WBS |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| vs. | |
| DEJIAN SHIV JOHL, | Date: April 21, 2025 |
| | Time: 9:00 a.m. |
| Defendant. | Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED and agreed by and between Acting United States

Attorney Michele Beckwith, through Assistant United States Alexis Klein, counsel for Plaintiff,

and Federal Defender Heather Williams, through Assistant Federal Defender Hootan

Baigmohammadi, counsel for Defendant Dejian Shiv Johl, that the status hearing currently set

for April 21, 2025 at 10:00 be continued to **May 19, 2025 at 10:00 a.m.**

The parties specifically stipulate as follows:

1.  By previous order, this matter was set for a status on April 21, 2025 at 10:00 a.m.

2.  Mr. Johl now moves to continue the status conference to **May 19, 2025 at 10:00 a.m.**

3.  The government first produced discovery to Mr. Johl on Monday, April 14, 2025. Mr.
    Johl needs adequate time to review the materials produced.

//

//

1    4.  Defense counsel believes that failure to grant the requested continuance would deny him

2        the reasonable time necessary for effective preparation, taking into account the exercise

3        of due diligence.

4    5.  The government does not object to the continuance.

5    6.  Therefore, the parties jointly request the Court to find that the ends of justice served by

6        granting the continuance outweighs the best interest of the public and Mr. Johl in a

7        speedy trial; and for the purpose of computing time under 18 U.S.C. § 3161 *et seq.*

8        (Speedy Trial Act), that the time period between April 21, 2025 and May 19, 2025,

9        inclusive, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A) (Local Code T4).

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: April 15, 2025        */s/  Hootan Baigmohammadi*
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
Mr. Johl

Date: April 15, 2025        MICHELE BECKWITH
Acting United States Attorney

*/s/ Alexis Klein*
ALEXIS KLEIN
Assistant United States Attorney
Attorneys for Plaintiff

Stipulation and [Proposed] Order to Continue
Status Conference and Exclude Time    -2-    *United States v. Johl,*
2:25-CR-75-WBS

1

<u>**O R D E R**</u>

2          The Court, having received and considered the parties' stipulation, and good cause

3    appearing therefrom, adopts the parties' stipulation in its entirety as its order.   The Status

4    Conference is reset for **May 19, 2025 at 10:00 a.m.**

5

6    IT IS SO ORDERED.

7

8    Dated:  April 16, 2025                    _____

9                                             WILLIAM B. SHUBB
                                              UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28