HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Johl

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25cr75-WBS |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, CONVERT TO CHANGE OF PLEA, AND EXCLUDE TIME** |
| vs. | |
| DEJIAN SHIV JOHL, | Date: May 19, 2025 |
| Defendant. | Time: 10:00 a.m. |
| | Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED and agreed by and between Acting United States Attorney Michele Beckwith, through Assistant United States Alexis Klein, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Dejian Shiv Johl, that the Status Conference currently set for May 19, 2025 at 10:00 be continued to June 16, 2025 at 10:00 a.m. and converted to a Change of Plea.

The parties specifically stipulate as follows:

1. By previous order, this matter was set for a Status Conference on May 19, 2025 at 10:00 a.m.

2. Mr. Johl moves to continue the Status Conference to June 16, 2025 at 10:00 a.m. and convert the hearing to a Change of Plea.

3. The government has recently produced approximately 12,000 pages of discovery to Mr. Johl. This material includes native files and audio and/or video evidence. The majority of this material is covered by a protective order, which requires additional coordination for Mr. Johl to review. The defense and Mr. Johl need additional time to review the materials produced.

4. Defense counsel believes that failure to grant the requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

5. The government does not object to the continuance.

6. Therefore, the parties jointly request the Court to find that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Johl in a speedy trial; and for the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), that the time period between May 19, 2025 and June 16, 2025, inclusive, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A) (Local Code T4).

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: May 14, 2025

*/s/ Hootan Baigmohammadi*
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
Mr. Johl

Date: May 14, 2025

MICHELE BECKWITH
Acting United States Attorney

*/s/ Alexis Klein*
ALEXIS KLEIN
Assistant United States Attorney
Attorneys for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: May 14, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE