1   HEATHER E. WILLIAMS, SBN 122664
    Federal Defender
2   HOOTAN BAIGMOHAMMADI, SBN 279105
    Assistant Federal Defender
3   Designated Counsel for Service
    801 I Street, Third Floor
4   Sacramento, CA 95814
    T: (916) 498-5700
5   F: (916) 498-5710

6   Attorneys for Defendant
    Mr. Johl

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

    UNITED STATES OF AMERICA,      ) Case No.  2:25cr75-WBS
11                                  )
            Plaintiff,              ) **STIPULATION AND ORDER TO CONTINUE**
12                                  ) **JUDGMENT AND SENTENCING**
            vs.                     )
13                                  ) Date:   September 15, 2025
    DEJIAN SHIV JOHL,               ) Time:  10:00 a.m.
14                                  ) Judge: Hon. William B. Shubb
            Defendant.              )
15  _____)

16          IT IS HEREBY STIPULATED and agreed by and between United States Attorney Eric

17  Grant, through Assistant United States Alexis Klein, counsel for Plaintiff, and Federal Defender

18  Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for

19  Defendant Dejian Shiv Johl, that the Judgment and Sentencing currently set for September 15,

20  2025 at 10:00 be continued to **October 14, 2025 at 10:00 a.m.**

21          The parties specifically stipulate as follows:

22      1.  By previous order, Judge and Sentencing is currently set for September 15, 2025 at 10:00

23          a.m.

24      2.  Mr. Johl moves to continue the Judgement and Sentencing to October 14, 2025 for

25          compelling reasons. Informal PSR objections were due this past Monday. Mr. Johl is

26          housed at Butte County Jail. Defense counsel's planned trip to the jail had to be canceled

27          due to car troubles. He needs additional time to visit Mr. Johl, review the PSR with him,

28

1    and then have adequate time to submit informal objections.

2    3.  Neither the government nor U.S. Probation object to the following modified Sentencing

3        schedule:

4  **Draft PSR**                              completed

5  **Informal Objections**                    September 16, 2025

6  **Final PSR**                              September 23, 2025

7  **Formal Objections**                      September 30, 2025

8  **Response to Formal Objections**          October 7, 2025

9  **Judgment and Sentencing**                **October 14, 2025, 10:00 a.m.**

10

11

12                                     Respectfully submitted,

13                                     HEATHER E. WILLIAMS
                                       Federal Defender

14  Date: August 21, 2025             */s/ Hootan Baigmohammadi*
                                       HOOTAN BAIGMOHAMMADI
15                                     Assistant Federal Defender
                                       Attorneys for Defendant
16                                     Mr. Johl

17

18  Date: August 21, 2025             ERIC GRANT
19                                     United States Attorney

20                                     */s/ Jason Hitt*
                                       JASON HITT
21                                     Assistant United States Attorney
22                                     Attorneys for Plaintiff

23

24

25

26

27

28

Stipulation and Order to Continue          -2-                    *United States v. Johl*,
                                                                   2:25-CR-75-WBS

1

**O R D E R**

2      The Court, having received and considered the parties' stipulation, and good cause

3  appearing therefrom, adopts the parties' stipulation in its entirety as its order.

4

5  IT IS SO ORDERED.

6

7  Dated:  August 25, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28