| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN 122664<br>Federal Defender |
| 2 | HOOTAN BAIGMOHAMMADI, SBN 279105<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>801 I Street, Third Floor |
| 4 | Sacramento, CA 95814<br>T: (916) 498-5700 |
| 5 | F: (916) 498-5710 |
| 6 | Attorneys for Defendant<br>Mr. Johl |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>DEJIAN SHIV JOHL,<br><br>  Defendant. | Case No. 2:25cr75-WBS<br><br>**STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING**<br><br>Date:  October 14, 2025<br>Time: 10:00 a.m.<br>Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Eric Grant, through Assistant United States Jason Hitt, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Dejian Shiv Johl, that the Judgment and Sentencing currently set for October 14, 2025 at 10:00 a.m. be continued to December 22, 2025 at 10:00 a.m.

The parties specifically stipulate as follows:

1. By previous order, Judge and Sentencing is currently set for October 14, 2025 at 10:00 a.m.

2. Mr. Johl moves to continue the Judgement and Sentencing to December 22, 2025 for compelling reasons. Mr. Johl is conducting investigation related to potential Guidelines objections. He needs additional time to adequately raise those issues.

3. The government does not object to the continuance.

4. Mr. Johl requests that the Court modify the sentencing schedule as follows. The dates are agreeable with the government and U.S. Probation.

| | |
|---|---|
| **Draft PSR** | completed |
| **Informal Objections** | November 24, 2025 |
| **Final PSR** | December 1, 2025 |
| **Formal Objections** | December 8, 2025 |
| **Response to Formal Objections** | December 15, 2025 |
| **Judgment and Sentencing** | December 22, 2025 at 10:00 a.m. |

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: September 22, 2025        */s/ Hootan Baigmohammadi*
                                HOOTAN BAIGMOHAMMADI
                                Assistant Federal Defender
                                Attorneys for Defendant
                                Mr. Johl


Date: September 22, 2025        ERIC GRANT
                                United States Attorney

                                */s/ Jason Hitt*
                                JASON HITT
                                Assistant United States Attorney
                                Attorneys for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: September 23, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE