HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Johl

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25cr75-WBS |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING** |
| vs. | Date: December 22, 2025 |
| DEJIAN SHIV JOHL, | Time: 10:00 a.m. |
| Defendant. | Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Eric Grant, through Assistant United States Jason Hitt, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Dejian Shiv Johl, that the Judgment and Sentencing currently set for December 22, 2025 at 10:00 a.m. be continued to **January 5, 2026 at 10:00 a.m.**

The parties specifically stipulate as follows:

1. Mr. Johl moves to continue the Judgement and Sentencing for compelling reasons. He has been conducting investigation related to potential Guidelines objections. Defense counsel was out of the office for the past two weeks and needs a short continuance to adequately to submit those issues to U.S. Probation through informal PSR objections.

2. The government does not object to the continuance.

3. Mr. Johl requests that the Court modify the sentencing schedule as follows. The dates are agreeable with the government and U.S. Probation.

| | |
|---|---|
| **Draft PSR** | completed |
| **Informal Objections** | December 8, 2025 |
| **Final PSR** | December 15, 2025 |
| **Formal Objections** | December 22, 2025 |
| **Response to Formal Objections** | December 29, 2025 |
| **Judgment and Sentencing** | **January 5, 2026 at 10:00 a.m.** |

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: November 24, 2025

*/s/ Hootan Baigmohammadi*
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
Mr. Johl

Date: November 24, 2025

ERIC GRANT
United States Attorney

*/s/ Jason Hitt*
JASON HITT
Assistant United States Attorney
Attorneys for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated:  November 25, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE