HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Johl

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:25cr75-WBS |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING** |
| vs. | |
| DEJIAN SHIV JOHL, | Date:   January 5, 2026<br>Time:  10:00 a.m.<br>Judge: Hon. William B. Shubb |
| Defendant. | |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Eric Grant, through Assistant United States Jason Hitt, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Dejian Shiv Johl, that the Judgment and Sentencing currently set for January 5, 2026 at 10:00 a.m. be continued to **March 30, 2026 at 10:00 a.m.**

The parties specifically stipulate as follows:

1.  Mr. Johl moves to continue the Judgement and Sentencing for compelling reasons. U.S. Probation has raised new, material issues that could impact sentencing in the final PSR. Defense counsel was ill the past week and did not have an adequate opportunity to visit Mr. Johl at Butte County Jail to review. Defense counsel is preparing for trial in another case set to commence on February 2, 2026. For these reasons, Mr. Johl requests the aforementioned date in March 2026.

1    2. The government does not object to the continuance.

2    3. Mr. Johl requests that the Court modify the sentencing schedule as follows. The dates are

3    agreeable with the government and U.S. Probation.

| | |
|---|---|
| **Draft PSR** | completed |
| **Informal Objections** | completed |
| **Final PSR** | completed |
| **Formal Objections** | March 16, 2026 |
| **Response to Formal Objections** | March 23, 2026 |
| **Judgment and Sentencing** | March 30, 2026 at 10:00 a.m. |

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: December 22, 2025

*/s/  Hootan Baigmohammadi*
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
Mr. Johl

Date: December 22, 2025

ERIC GRANT
United States Attorney

*/s/ Jason Hitt*
JASON HITT
Assistant United States Attorney
Attorneys for Plaintiff

1

<u>**O R D E R**</u>

2          The Court, having received and considered the parties' stipulation, and good cause

3   appearing therefrom, adopts the parties' stipulation in its entirety as its order.

4

5   IT IS SO ORDERED.

6

7   Dated:  December 29, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28