HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Johl

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:25cr75-WBS |
| | ) |
| Plaintiff, | ) **STIPULATION AND ORDER TO CONTINUE** |
| | ) **JUDGMENT AND SENTENCING** |
| vs. | ) |
| | ) Date:  March 30, 2026 |
| DEJIAN SHIV JOHL, | ) Time:  10:00 a.m. |
| | ) Judge: Hon. William B. Shubb |
| Defendant. | ) |
| | ) |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Eric Grant, through Assistant United States Jason Hitt, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Dejian Shiv Johl, that the Judgment and Sentencing currently set for March 30, 2026, at 10:00 a.m. be continued to **May 4, 2026 at 10:00 a.m.**

The parties specifically stipulate as follows:

1. Mr. Johl moves to continue the Judgement and Sentencing for compelling reasons. Mr. Johl recently became aware of a filing in the case of co-conspirator Sadie Bramlette (2:25cr139-WBS) wherein she makes factual assertions material to sentencing vis a vis their respective roles that strongly prejudice Mr. Johl. The basis for some of the assertions come from Mr. Johl's cellular phone. Mr. Johl needs additional time to investigate and adequately respond to those assertions.

Stipulation and Order to Continue                    -1-                    *United States v. Johl,*
                                                                                              2:25-CR-75-WBS

2. The government does not object to the continuance.

3. Mr. Johl requests that the Court modify the sentencing schedule as follows. The dates are agreeable with the government and U.S. Probation.

**Draft PSR**                          completed

**Informal Objections**               completed

**Final PSR**                          completed

**Formal Objections**                  April 20, 2026

**Response to Formal Objections**      April 27, 2026

**Judgment and Sentencing**            May 4, 2026 at 10:00 a.m.


Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: March 25, 2026        /s/  Hootan Baigmohammadi
                            HOOTAN BAIGMOHAMMADI
                            Assistant Federal Defender
                            Attorneys for Defendant
                            Mr. Johl


Date: March 25, 2026        ERIC GRANT
                            United States Attorney

                            /s/ Jason Hitt
                            JASON HITT
                            Assistant United States Attorney
                            Attorneys for Plaintiff

Stipulation and Order to Continue          -2-                    *United States v. Johl*,
                                                                  2:25-CR-75-WBS

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated:  March 26, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE