HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Johl

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:25cr75-WBS |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING** |
| vs. | |
| DEJIAN SHIV JOHL, | Date:  May 4, 2026<br>Time:  10:00 a.m.<br>Judge: Hon. William B. Shubb |
| Defendant. | |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Eric Grant, through Assistant United States Jason Hitt, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Dejian Shiv Johl, that the Judgment and Sentencing currently set for May 4, 2026, at 10:00 a.m. be continued to **June 29, 2026 at 10:00 a.m.**

The parties specifically stipulate as follows:

1. Mr. Johl moves to continue the Judgement and Sentencing for compelling reasons. On April 21, 2026, Mr. Johl filed a lengthy response to allegations made by co-conspirator Sadie Bramlette (2:25cr139-WBS) that will directly impact the sentencing outcome in his case. Defense counsel is set to commence trial in another case on May 18, 2026. Defense counsel needs additional time file Formal Objections to the PSR and a Sentencing Memorandum on behalf of Mr. Johl.

Stipulation and Order to Continue                            -1-                            *United States v. Johl,*
2:25-CR-75-WBS

2.  The government does not object to the continuance.

3.  Mr. Johl requests that the Court modify the sentencing schedule as follows. The dates are agreeable with the government and U.S. Probation.

**Draft PSR**                                completed

**Informal Objections**                      completed

**Final PSR**                                completed

**Formal Objections**                        June 15, 2026

**Response to Formal Objections**            June 22, 2026

**Judgment and Sentencing**                  <u>**June 29, 2026 at 10:00 a.m.**</u>

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: April 29, 2026

*/s/  Hootan Baigmohammadi*
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
Mr. Johl

Date: April 29, 2026

ERIC GRANT
United States Attorney

*/s/ Jason Hitt*
JASON HITT
Assistant United States Attorney
Attorneys for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated:  April 30, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE