HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Johl

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:25cr75-WBS |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING** |
| vs. | |
| DEJIAN SHIV JOHL, | Date:   June 29, 2026<br>Time:  10:00 a.m.<br>Judge: Hon. William B. Shubb |
| Defendant. | |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Eric Grant, through Assistant United States Jason Hitt, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Dejian Shiv Johl, that the Judgment and Sentencing currently set for June 29, 2026, at 10:00 a.m. be continued to **September 8, 2026 at 10:00 a.m.**

The parties specifically stipulate as follows:

1. Mr. Johl moves to continue the Judgement and Sentencing for compelling reasons. The case has previously been continued to accommodate the defense in dealing with PSR objections and filings made by co-conspirator Sadie Bramlette. The government has been gracious in not opposing Mr. Johl's continuance requests.

2. On this occasion, government counsel is just returning from leave and needs additional time to prepare for sentencing. Mr. Johl recently filed PSR objections and a motion for

Stipulation and Order to Continue                    -1-                    *United States v. Johl,*
                                                                          2:25-CR-75-WBS

departures that total over 20 pages. The government needs adequate time to respond.  Mr. Johl respectfully requests that the Court continue sentencing on this basis.

3.  The government does not object to the continuance.

4.  Mr. Johl requests that the Court modify the sentencing schedule as follows. The dates are agreeable with the government and U.S. Probation.

**Draft PSR**                                        completed

**Informal Objections**                              completed

**Final PSR**                                        completed

**Formal Objections**                                completed

**Response to Formal Objections**          August 31, 2026

**Judgment and Sentencing**            <u>**September 8, 2026, at 10:00 a.m.**</u>


Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: June 24, 2026            */s/  Hootan Baigmohammadi*
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
Mr. Johl


Date: June 24, 2026            ERIC GRANT
United States Attorney

*/s/ Jason Hitt*
JASON HITT
Assistant United States Attorney
Attorneys for Plaintiff


Stipulation and Order to Continue          -2-          *United States v. Johl,*
2:25-CR-75-WBS

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated:  June 25, 2026

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE